

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                  01-13-00677-CV

Style:                         In the Interest of D.P.V., AKA D.P.V., Child


Date motion filed*:            September 16, 2013

Type of motion:                Unopposed motion for first extension of time to file appellant's brief

Party filing motion:           Appellant

Document to be filed:          Appellant's brief

Is appeal accelerated?         Yes

If motion to extend time:
    Original due date:                          September 16, 2013
    Number of previous extensions granted:      0          Current Due date: September 16, 2013
    Date Requested:                             October 16, 2013

Ordered that motion is:

    ☑     Granted in part

          If document is to be filed, document due: **October 7, 2013**

          ☑     **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

         _____
         _____
         _____
         _____

Judge's signature:  /s/ Jim Sharp
                  ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date:  September 18, 2013

November 7, 2008 Revision